IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KIRSTEN STANBACK, individually and on behalf of all others similarly situated, | ) ) ) | NO. 3:22-cv-00025 |
| Plaintiff, | ) ) | JUDGE RICHARDSON |
| v. | ) ) | |
| SITEL WORLDWIDE CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Kirsten Stanback and Opt-In Plaintiff Shakita KeittWilliams ("Plaintiffs") together with Defendants Sitel Worldwide Corporation and Sitel Operating Corporation have filed an "Amended Joint Stipulation of Dismissal With Prejudice" (Doc. No. 44, "Stipulation") which was filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and signed by counsel for all parties.

Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE