# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Kirsten Stanback

                                      Plaintiff,

v.                                                           Case No.: 3:22–cv–00025

Sitel Operating Corporation, et al.

                                      Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/6/2024 re [45].

                                                                                    Lynda M. Hill
                                                  s/ Annecia L Donigan, Deputy Clerk